FRANK, Judge.
Laverne Gamble and Robert Cornett initiated separate challenges to the constitutionality of Florida’s Civil Restitution Lien and Crime Victims Remedy Act of 1994, sections 960.29 through 960.297, Florida Statutes (Supp.1994).[1] Neither appeal, however, is properly before this court for the reasons expressed in Nevels v. State, 20 Fla. L. Weekly D2748, — So.2d — [1995 WL 733070] (Fla. 2d DCA Dec. 13, 1995), and Snyder v. State, 664 So.2d 1073 (Fla. 2d DCA 1995).
Affirmed.
THREADGILL, C.J., and FULMER, J., concur.

. We consolidate these appeals, sua sponte, for the purposes of consideration and determination.